**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDY SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>JENSEN-LEWIS CO., INC.<br><br>Defendant. | Case No. 1:22-cv-07200-MKB-PK |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

Dated: September 8, 2023

        **The Law Office of Noor A. Saab, Esq.**

        */s/ Noor A. Saab*
        Noor A. Saab, Esq.
        *Attorneys for Plaintiff*
        380 N. Broadway, Penthouse West
        Jericho, New York 11753
        Tel: 718-740-5060
        Email: NoorASaabLaw@Gmail.com