UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RANDY SANCHEZ, on behalf of himself            Case No. 1:22-cv-07200-MKB-PK
and all others similarly situated,
                                    Plaintiffs,    **STIPULATION OF VOLUNTARY**
                                                   **DISMISSAL WITH PREJUDICE**
            -against-

JENSEN-LEWIS CO., INC.
                                    Defendant.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff RANDY SANCHEZ ("Plaintiff") and JENSEN-LEWIS CO., INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: October 23, 2023

| The Law Office of Noor A. Saab, Esq. | Stein & Nieporent LLP |
|---|---|
| By: */s/ Noor A. Saab, Esq.* <br> Noor A. Saab Esq. <br> *Attorney for Plaintiff* <br> 380 North Broadway, Penthouse West <br> Jericho, NY 11753 <br> Tel: (718) 740-5060 <br> Email: noorasaablaw@gmail.com | By: */s/ David Stein* <br> David Stein, Esq. <br> *Attorney for the Defendant* <br> 1441 Broadway, Suite 6090 <br> New York, NY 10018 <br> Tel: (212) 308-3444 <br> Email: dstein@steinllp.com |

SO ORDERED:
s/ MKB 11/02/2023

_____
MARGO K. BRODIE
United States District Judge

1